IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BURGESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 CV 01032 |
| | ) | |
| BOARD OF EDUCATION OF OTTAWA TOWNSHIP HIGH SCHOOL DISTRICT 140, | ) ) ) | Judge |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Ms. Alexis Ferracuti
  Law Offices of Peter F. Ferracuti
  110 E. Main St.
  Ottawa, IL 61350
  aferracuti@peterferracuti.com

   PLEASE TAKE NOTICE that I caused Defendant's Petition for Removal to be filed with the United States District Court for the Northern District of Illinois – Eastern Division on February 8, 2017.

                    /s/ William F. Gleason
                    WILLIAM F. GLEASON

# CERTIFICATE OF SERVICE

      I, WILLIAM F. GLEASON, certify that I caused a copy of this Notice and the documents referred to be served upon the above listed parties by e-mail transmission and by directing that they be placed in a pre-paid, properly addressed envelope and placing the same in a U.S. Postal Box in Olympia Fields, Illinois on February 8, 2017.

                                                /s/ William F. Gleason
                                                WILLIAM F. GLEASON

WILLIAM F. GLEASON
HAUSER IZZO, LLC
19730 Governors Highway, Suite 10
Flossmoor, IL 60422
(708)799-6766
wgleason@hauserizzo.com

5G:\DISTRICTS\SD1\SD140LS\Burgess\nof.cs.6.docx